IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BILLY CULLEN,

    Plaintiff,

v.                                                                                  Case No. 2:16-cv-00382-JAP-GJF

GEICO GENERAL INSURANCE COMPANY,

    Defendant.

## STIPULATED MOTION TO DISMISS WITH PREJUDICE

Defendant, GEICO General Insurance Company, by and through its attorneys of record, Chapman and Charlebois, P.C., (Donna L. Chapman and Jessica C. Singer) and Perry Law P.C. (Meloney Perry) and Plaintiff, Billy Cullen, by and through his attorneys Ron Bell Injury Lawyers (Bryan L. Williams) and Carter & Valle Law Firm, P.C. (Richard J. Valle) moves the Court for an Order dismissing all claims against GEICO General Insurance Company, which were set forth or which could have been set forth in this matter and as grounds therefore, state that the parties have resolved their differences.

    Respectfully submitted,

**CHAPMAN AND CHARLEBOIS, P.C.**

*/s/Jessica C. Singer*
Donna L. Chapman
Jessica C. Singer
P.O. Box 92438
Albuquerque, NM 87199
505-242-6000
donna@cclawnm.com
jessica@cclawnm.com

And

**PERRY LAW, P.C.**

*/s/Meloney Perry*
Meloney Perry
10440 North Central Expressway
Suite 600
Dallas, TX 75231
(214) 265-6224
mperry@mperrylaw.com
*Attorneys for GEICO as to the extra-contractual claims only*

And

**CARTER & VALLE LAW FIRM, P.C.**

*Electronically approved 8/23/16*
Richard J. Valle, Esq.
8012 Pennsylvania Circle, NE
Albuquerque, NM 87110
(505) 888-4357
rv@carterlawfirm.com
*Attorneys for Plaintiff*

And

**RON BELL INJURY LAWYERS**
Bryan L. Williams
610 Seventh St., NW
Albuquerque, NM 87102
(505) 242-7979 ext. 280
bwilliams@898-bell.com
*Attorneys for Plaintiff*

2