IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BILLY CULLEN,

    Plaintiff,

v.                                    Case No. 2:16-cv-00382-JAP-GJF

GEICO GENERAL INSURANCE COMPANY,

    Defendant.

## STIPULATED ORDER OF DISMISSAL

THIS MATTER having come before the Court upon the parties' Stipulated Motion for a Dismissal with Prejudice of all claims that were set forth or which could have been set forth against Defendant GEICO General Insurance Company and the Court having considered said Motion, and noting the concurrence of counsel, FINDS that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that all claims against GEICO General Insurance Company which were set forth in the Complaint, or which could have been set forth in the Complaint, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that each party be responsible for their own costs and attorneys' fees.

_____
SENIOR UNITED STATES DISTRICT JUDGE

**APPROVED:**

*/s/Jessica C. Singer*
Donna L. Chapman
Jessica C. Singer
Chapman and Charlebois, P.C.
P.O. Box 92438
Albuquerque, NM 87199
505-242-6000
donna@cclawnm.com
jessica@cclawnm.com

And

*/s/Meloney Perry*
Meloney Perry
Perry Law, P.C.
10440 North Central Expressway
Suite 600
Dallas, TX  75231
(214) 265-6224
mperry@mperrylaw.com
*Attorneys for GEICO as to the extra-contractual claims only*


*Electronically approved 8/23/16*
Richard J. Valle, Esq.
Carter & Valle Law Firm, P.C.
8012 Pennsylvania Circle, NE
Albuquerque, NM 87110
(505) 888-4357
rv@carterlawfirm.com
*Attorneys for Plaintiff*

And

Bryan L. Williams
Ron Bell Injury Lawyers
610 Seventh St., NW
Albuquerque, NM 87102
(505) 242-7979 ext. 280
bwilliams@898-bell.com
*Attorneys for Plaintiff*